O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA CHAND SINGHAL, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE EXECUTIVE BRANCH OF THE UNITED STATES GOVERNMENT; THE UNITED STATES SENATE; THE UNITED STATES HOUSE OF REPRESENTATIVES; AND THE DEPARTMENT OF COMMERCE (COLLECTIVELY, "THE GOVERNMENT"),<br><br>　　　　　Defendants. | Case No. CV 13-07857 DDP (PJWx)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Dkt. Nos. 15, 16] |

　　　Presently before the court is the Motion to Dismiss filed by Defendants United States Senate and United States Department of Commerce. Plaintiff has not opposed the motion. Accordingly, the court GRANTS Defendants' Motion to Dismiss and adopts the following order.

　　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion.

C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-12.

The hearing on Defendants' motion was noticed for March 23, 2015.  Plaintiff's opposition was therefore due by March 2, 2015.  As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.  Plaintiff's Complaint is DISMISSED.  Plaintiff's Ex Parte Motion regarding service (Dkt. 15) is VACATED as moot.

IT IS SO ORDERED.

Dated: March 6, 2015

DEAN D. PREGERSON
United States District Judge