TARA CHAND SINGHAL, Proceeding *Pro Per*
2390 Crenshaw Blvd., Suite 239
Torrance, California 90501
Telephone: (310) 787-1400
Email: chand@InternetPromise.com

Attorneys for Plaintiff
Tara Chand Singhal (*in pro per*)

Leon Wiedman, Asst US Attorney, Chief Civil Division
Matthew P. Lane, Assistant US Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012
213 894 3148
Mathew.lane@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES SENATE, and
US DEPARTMENT OF COMMERCE



FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TARA CHAND SINGHAL, an individual,<br><br>            Plaintiff,<br>vs.<br><br>THE EXECUTIVE BRANCH OF THE UNITED STATES GOVERNMENT; THE UNITED STATES SENATE; THE UNITED STATES HOUSE OF REPRESENTATIVES; AND THE DEPARTMENT OF COMMERCE (COLLECTIVELY, "THE GOVERNMENT"),<br><br>            Defendants. | CASE NO. CV13-07857 DDP (PJWx)<br>(CLOSED)<br><br>**PLAINTIFF'S ExPARTE MOTION TO GRANT ADDITIONAL TIME TO PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>Honorable Dean D. Pregerson |

**PLAINTIFF'S ExPARTE MOTION TO GRANT ADDITIONAL TIME TO PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

1

The clerk please take notice that Plaintiff is a pro per and thus Plaintiff cannot file this Motion electronically as not being authorized to do so. Hence this motion is being filed on paper, with an original and three copies by First Class mail to:

United States District Court
312 N. Spring Street
Attention: Room G-19, Pro Se Unit
Los Angeles, CA 90012

<u>With a copy to Defendant's attorney</u>
LEON W. WEIDMAN, Assistant United States Attorney
Chief, Civil Division, United States Attorney
US Department of Justice, Central District of California
<u>Federal Building Suite 7516</u>
300 N. Los Angeles Street
Los Angeles, CA 90012

Defendant having filed a Federal Defendant's Notice of Motion and Motion to Dismiss, dated February 18, 2015 and setting a hearing date of 03/23/2015, 10.00 AM in Court 3, 312 N. Spring Street, Los Angeles, CA 90012, whereby it should be noted:

The defendant's motion to dismiss raises many complex issues, including citing thirty seven different case cites or authorities in support of the motion.

Twenty one days before the hearing date and the receipt of the Motion by the Plaintiff is simply and woefully inadequate time to have properly and adequately responded to the many complex issues raised in the defendant's motion.

Therefore, in the interest of justice and fairness, Plaintiff needs additional 45 days to properly and adequately respond to each of the many complex issues raised in the defendant's motion as well as the large number of cites therein.

Therefore, it is respectfully requested that the court grant additional 45 days to the plaintiff to prepare and file its memorandum of opposition to the defendant's motion to dismiss and set the hearing date on or after 05/07/2015 to afford the Plaintiff adequate time and opportunity to properly and fully respond to this motion to dismiss.

Respectfully Submitted,

Date: March 05, 2015

By: _//Tara Chand//_____
Plaintiff Pro per
Tara Chand Singhal
2390 Crenshaw Blvd., Ste 239
Torrance, CA 90510
Tel: 310 787 1400
E-mail: chand@InternetPromise.com

## CERTIFICATE OF MAILING

I hereby certify than a true copy of the foregoing was mailed to the court, mail addressed to:

United States District Court
312 N. Spring Street
Attention: Room G-19, Pro Se Unit
Los Angeles, CA 90012

Date: March 05, 2015                     ____//Tara Chand//_____
                                         Plaintiff Pro per
                                         Tara Chand Singhal
                                         2390 Crenshaw Blvd., Ste 239
                                         Torrance, CA 90510
                                         Tel: 310 787 1400
                                         E-mail: chand@InternetPromise.com

## **CERTIFICATE OF SERVICE BY US MAIL**

I hereby certify than a true copy of the foregoing was served on the defendant, by first class mail addressed to:

LEON W. WEIDMAN, Assistant United States Attorney
Chief, Civil Division, United States Attorney
US Department of Justice, Central District of California
Federal Building Suite 7516
300 N. Los Angeles Street
Los Angeles, CA 90012

Date: March 05, 2015            //Tara Chand//
                                Plaintiff Pro per
                                Tara Chand Singhal
                                2390 Crenshaw Blvd., Ste 239
                                Torrance, CA 90510
                                Tel: 310 787 1400
                                E-mail: chand@InternetPromise.com