TARA CHAND SINGHAL, Proceeding *Pro Per*
2390 Crenshaw Blvd., Suite 239
Torrance, California 90501
Telephone: (310) 787-1400
Email: chand@InternetPromise.com

Attorneys for Plaintiff
Tara Chand Singhal (*in pro per*)

Leon Wiedman, Asst US Attorney, Chief Civil Division
Matthew P. Lane, Assistant US Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012
213 894 3148
Mathew.lane@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES SENATE, and
US DEPARTMENT OF COMMERCE



FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2015
CENTRAL DISTRICT OF CALIFORNIA
BY JAC  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TARA CHAND SINGHAL, an individual,<br><br>              Plaintiff,<br>vs.<br><br>THE EXECUTIVE BRANCH OF THE UNITED STATES GOVERNMENT; THE UNITED STATES SENATE; THE UNITED STATES HOUSE OF REPRESENTATIVES; AND THE DEPARTMENT OF COMMERCE (COLLECTIVELY, "THE GOVERNMENT"),<br><br>              Defendants. | CASE NO. CV13-07857 DDP (PJWx)<br><br>**PLAINTIFF'S MOTION FOR JUDGE TO RECUSE HIMSELF FROM THIS CASE FOR CAUSE**<br><br>Honorable Dean D. Pregerson |

<u>**PLAINTIFF'S MOTION FOR JUDGE TO
RECUSE HIMSELF FROM THIS CASE FOR CAUSE**</u>

1

The clerk please take notice that Plaintiff is a pro per and thus Plaintiff cannot file this Motion electronically as not being authorized to do so. Hence this motion is being filed on paper, with an original and three copies by First Class mail to:

United States District Court
312 N. Spring Street
Attention: Room G-19, Pro Se Unit
Los Angeles, CA 90012

<u>With a copy to Defendant's attorney</u>
LEON W. WEIDMAN, Assistant United States Attorney
Chief, Civil Division, United States Attorney
US Department of Justice, Central District of California
Federal Building Suite 7516
300 N. Los Angeles Street
Los Angeles, CA 90012

Plaintiff hereby moves the court for the judge to recues himself from this case for cause as Plaintiff cannot get a fair hearing and Judge's conduct has demonstrated a clear and palpable bias against the Plaintiff and in favor of the US Government Defendant as demonstrated by the following items of evidence, already present in the court's records:

1. Defendant having filed a Federal Defendant's Notice of Motion and Motion to Dismiss, dated February 18, 2015 and setting a hearing date of 03/23/2015, 10.00 AM in Court 3, 312 N. Spring Street, Los Angeles, CA 90012, whereby it should be noted, Judge issued a Ruling of Dismissal of the case on

2

March 6, 2015, even before the actual date of hearing for this motion set on March 23, 2015; and without even affording the Plaintiff an opportunity to personally appear in the court at the time and date of hearing that was solely set by the Defendant.

2.  Judge issued the March 6, 2015 ruling of the dismissal of the case, even when Plaintiff had already filed a Motion, filed on March 5, 2015 for a 45 day extension of time to respond to the Defendant's motion to dismiss the complaint. **See Exhibit A.**

3.  Federal Rules of Civil Procedure provide that a US Government defendant has 60 days to answer a complaint. When the Defendant did not timely answer the complaint as required, Judge did not issue a show cause order on the US Government defendant at all even after an almost a year for their failure to timely file a response.

4.  US Government Defendant filed for a Motion of Dismissal of the suit dated 02/18/2015 and before the date of hearing of the Motion set on March 23, 2015, on March 6, 2015, Judge issued prematurely a ruling of dismissal of the case.

5.   For the failure of the judge to examine, if even the frivolous nature of the defendant's motion to dismiss was even legally sufficient to dismiss the case, given that the Plaintiff in the complaint had met its legal burden to state sufficient facts that gave rise to the causes of actions in the plaintiff's complaint; as the issues raised in the defendant's motion to dismiss were already addressed in the complaint, before issuing the ruling of dismissal of the complaint; an extreme and unwarranted action and a denial of basic due process rights of Plaintiff.

6.   Federal Rules of Civil Procedure require a Plaintiff suing the US Government to serve (i) head of agency being sued, (ii) US Attorney General and the (iii) Local US Attorney where the suit is filed. The Judge repeatedly refused to sign and issue summons for serving the Agency head, in spite of plaintiff's motion to have these summons issued.

7.   Plaintiff is in pro per and thus is restricted to file papers by US mail with its inherent delay in reaching the court, as has been clearly brought to Judge's attention in every paper Plaintiff had filed with the court. Judge's ruling did not allow adequate additional time for this delay inherent in US mail.

These items of evidence and causes singularly and cumulatively are a denial of basic due process rights of the plaintiff. These items of evidence are clear evidence of bias against the Plaintiff and in favor of the US Government Defendant.

These causes are sufficient for the judge to voluntary recues himself from this case, as Plaintiff cannot get a fair hearing before this court when the Plaintiff has been denied basic due process rights by the court.

**Plaintiff in the alternative requests**, (1) the judge withdraw the March 6, 2015 ruling of dismissal of the case (2) issue a Show Cause order to the defendant for not having filed a response in 60 days, (3) absence such a showing of cause that is satisfactory to the court, issue a ruling of default judgment against the Defendant.

Dismiss Defendant's untimely motion to dismiss, as the pleading in the complaint is legally sufficient to have addressed the issues of standing and other issues of stating a cause. In the alternative, grant Plaintiff's already filed motion to extend time to file a response to the Defendant's motion of dismissal of case and

this extension of time be further supplemented to allow delay in time for items 1, 2 and 3 above.

Move the case forward by setting up an initial discovery conference, affording Plaintiff appropriate discovery rights and then entertain motions of summary judgment by either side. Court's ruling on the merits would set the case up for appeal.

It is in the Plaintiff's interest and also should be in the Court's interest to create as complete a record as possible when the case is taken on appeal to the 9th Circuit, which is highly probable given the nature of the causes in this complaint and the defendant's conduct, as enumerated in the complaint that gave rise to this complaint.

Respectfully Submitted,

Date: March 12, 2015

By: _//Tara Chand//_____
Plaintiff Pro per
Tara Chand Singhal
2390 Crenshaw Blvd., Ste 239
Torrance, CA 90510
Tel: 310 787 1400
E-mail: chand@InternetPromise.com

## CERTIFICATE OF MAILING

I hereby certify than a true copy of the foregoing was mailed to the court, mail addressed to:

United States District Court
312 N. Spring Street
Attention: Room G-19, Pro Se Unit
Los Angeles, CA 90012

Date: March 12, 2015 \_\_\_\_//Tara Chand//_____
Plaintiff Pro per
Tara Chand Singhal
2390 Crenshaw Blvd., Ste 239
Torrance, CA 90510
Tel: 310 787 1400
E-mail: chand@InternetPromise.com

## **CERTIFICATE OF SERVICE BY US MAIL**

I hereby certify than a true copy of the foregoing was served on the defendant, by first class mail addressed to:

LEON W. WEIDMAN, Assistant United States Attorney
Chief, Civil Division, United States Attorney
US Department of Justice, Central District of California
Federal Building Suite 7516
300 N. Los Angeles Street
Los Angeles, CA 90012

Date: March 12, 2015

_//Tara Chand//____
Plaintiff Pro per
Tara Chand Singhal
2390 Crenshaw Blvd., Ste 239
Torrance, CA 90510
Tel: 310 787 1400
E-mail: chand@InternetPromise.com

# EXHIBIT A

**Plaintiff's Motion Filed March 5, 2015 for extension of time to respond to Defendant's Motion of Dismissal.**

TARA CHAND SINGHAL, Proceeding *Pro Per*
2390 Crenshaw Blvd., Suite 239
Torrance, California 90501
Telephone: (310) 787-1400
Email: chand@InternetPromise.com

Attorneys for Plaintiff
Tara Chand Singhal (*in pro per*)

Leon Wiedman, Asst US Attorney, Chief Civil Division
Matthew P. Lane, Assistant US Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012
213 894 3148
Mathew.lane@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES SENATE, and
US DEPARTMENT OF COMMERCE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TARA CHAND SINGHAL, an individual,<br><br>    Plaintiff,<br>vs.<br><br>THE EXECUTIVE BRANCH OF THE UNITED STATES GOVERNMENT; THE UNITED STATES SENATE; THE UNITED STATES HOUSE OF REPRESENTATIVES; AND THE DEPARTMENT OF COMMERCE (COLLECTIVELY, "THE GOVERNMENT"),<br><br>    Defendants. | CASE NO. CV13-07857 DDP (PJWx)<br><br>**PLAINTIFF'S ExPARTE MOTION TO GRANT ADDITIONAL TIME TO PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>Honorable Dean D. Pregerson |

**PLAINTIFF'S ExPARTE MOTION TO GRANT ADDITIONAL TIME TO PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

1

The clerk please take notice that Plaintiff is a pro per and thus Plaintiff cannot file this Motion electronically as not being authorized to do so. Hence this motion is being filed on paper, with an original and three copies by First Class mail to:

United States District Court
312 N. Spring Street
Attention: Room G-19, Pro Se Unit
Los Angeles, CA 90012

<u>With a copy to Defendant's attorney</u>
LEON W. WEIDMAN, Assistant United States Attorney
Chief, Civil Division, United States Attorney
US Department of Justice, Central District of California
Federal Building Suite 7516
300 N. Los Angeles Street
Los Angeles, CA 90012

Defendant having filed a Federal Defendant's Notice of Motion and Motion to Dismiss, dated February 18, 2015 and setting a hearing date of 03/23/2015, 10.00 AM in Court 3, 312 N. Spring Street, Los Angeles, CA 90012, whereby it should be noted:

The defendant's motion to dismiss raises many complex issues, including citing thirty seven different case cites or authorities in support of the motion.

Twenty one days before the hearing date and the receipt of the Motion by the Plaintiff is simply and woefully inadequate time to have properly and adequately responded to the many complex issues raised in the defendant's motion.

Therefore, in the interest of justice and fairness, Plaintiff needs additional 45 days to properly and adequately respond to each of the many complex issues raised in the defendant's motion as well as the large number of cites therein.

Therefore, it is respectfully requested that the court grant additional 45 days to the plaintiff to prepare and file its memorandum of opposition to the defendant's motion to dismiss and set the hearing date on or after 05/07/2015 to afford the Plaintiff adequate time and opportunity to properly and fully respond to this motion to dismiss.

Respectfully Submitted,

Date: March 05, 2015

By: _//Tara Chand//_____
Plaintiff Pro per
Tara Chand Singhal
2390 Crenshaw Blvd., Ste 239
Torrance, CA 90510
Tel: 310 787 1400
E-mail: chand@InternetPromise.com

## CERTIFICATE OF MAILING

I hereby certify than a true copy of the foregoing was mailed to the court, mail addressed to:

United States District Court
312 N. Spring Street
Attention: Room G-19, Pro Se Unit
Los Angeles, CA 90012


Date: March 05, 2015              ____//Tara Chand//_____
                                  Plaintiff Pro per
                                  Tara Chand Singhal
                                  2390 Crenshaw Blvd., Ste 239
                                  Torrance, CA 90510
                                  Tel: 310 787 1400
                                  E-mail: chand@InternetPromise.com

4

## CERTIFICATE OF SERVICE BY US MAIL

I hereby certify than a true copy of the foregoing was served on the defendant, by first class mail addressed to:

LEON W. WEIDMAN, Assistant United States Attorney
Chief, Civil Division, United States Attorney
US Department of Justice, Central District of California
Federal Building Suite 7516
300 N. Los Angeles Street
Los Angeles, CA 90012

Date: March 05, 2015

_//Tara Chand//____
Plaintiff Pro per
Tara Chand Singhal
2390 Crenshaw Blvd., Ste 239
Torrance, CA 90510
Tel: 310 787 1400
E-mail: chand@InternetPromise.com

T Singh
2390 Crenshaw Blvd #239
Torrance, CA 90501

**CERTIFIED MAIL**

7014 3490 0000 9813 5907

U.S. POSTAGE PAID
TORRANCE, CA 90503
MAR 12, 15
AMOUNT
$6.17
00116132-14

United States District Court
312 N. Spring Street
Attention: Room G-19, Pro Se Unit
Los Angeles, CA 90012

CLERK, U.S. DISTRICT COURT
MAR 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY